EL PUEBLO, APELADO, *v.* ROLDÁN, APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao, en causa por infracción a la Ley de Préstamos Agrícolas.

No. 2032.—Resuelto en junio 26, 1923, por los fundamentos del caso No. 2037 de *El Pueblo* v. *Roldán* de junio 26, 1923.

Abogado del apelante: *Sr. A. Aponte Jr.*

Abogado del apelado: *Sr. José Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. FRANCO SOTO emitió la opinión del Tribunal.

El presente caso es idéntico al número 2037. Solamente existe diferencia en cuanto al montante del préstamo, pero los puntos son los mismos; la prueba que se practicó sir-vió de base para ambos juicios y los errores fundamentales levantados fueron los mismos.

Por las razones expuestas en el referido caso número 2037, debe revocarse la sentencia y dictarse otra absolviendo al acusado.

*Revocada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison.

El Juez Asociado Sr. Wolf no tomó parte en la resolución de este caso.